An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DANE SCOTT NEELY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
JAVIER ESTRADA; AND ELIZABETH
ESTRADA,
Real Parties in Interest.

No. 63343

**FILED**

SEP 0 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

Having reviewed the parties' July 29, 2013, stipulation to dismiss this writ petition, the stipulation is approved, and this petition is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Stefany Miley, District Judge
Law Offices of David M. Jones/Las Vegas
Bernstein & Poisson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-26111